```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
HENRY ROMERO,

            Plaintiff,                       ORDER

       - against -                       23 Civ. 1002 (NRB)

UBER TECHNOLOGIES, INC. and
UBER USA, LLC.,

            Defendants.
-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, during a telephone conference held on September 13, 2023, all parties agreed that a stay of this case was appropriate pending the outcome of another case brought by the plaintiff in Kings County; it is hereby

**ORDERED** that the case is stayed; and it is further

**ORDERED** that plaintiff shall report to the Court every 90 days on the status of the Kings County litigation.

Dated:    New York, New York
          September 13, 2023

                                    _____
                                      NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE