```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
HENRY ROMERO,

                Plaintiff,

        - against -

UBER TECHNOLOGIES, INC. and UBER
USA, LLC

                Defendant.
--------------------------------X
```
                                        **ORDER**

                                   23 Civ. 1002 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS**, on February 7, 2023, Uber Technologies, Inc. and Uber USA, LLC ("defendants") removed this case from New York State Supreme Court, New York County, on the basis of diversity jurisdiction, ECF No. 1; and

    **WHEREAS**, in an August 15, 2025 letter, the parties expressed their desire that this matter be remanded back to state court, ECF No. 23; and

    **WHEREAS**, on August 19, 2025, the Court so-ordered the parties' stipulation that recoverable damages shall not exceed $74,999.00, ECF No. 24, below the requirement for diversity jurisdiction, see 28 U.S.C. § 1332(a) (amount in controversy must "exceed[] . . . $75,000").

    **ORDERED** that that this case be remanded to the court from which it was removed, the Supreme Court of the State of New York for New York County.

Dated:  New York, New York
        September 18, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE